UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## SENTENCING MINUTES

CRIMINAL CASE NO. **1:13cr010**  DATE: **12/17/2013**

USA V. **Matthew Herrington**  TIME: **10:04 am** to **10:34 am**

JUDGE: Honorable J. Randal Hall  COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT: **Patricia Rhodes**

ATTORNEY(S) FOR THE DEFENDANT: **Leroy Weathers Brigham**

PROBATION OFFICER: **Chris Ingalls, Craig Dallas, Enoch Ellis**

DEFENDANT SENTENCED ON COUNTS(S): **One**

- **Y** PSI reviewed in full
- **N** Objections to factual basis
- **N** Objections to Guideline Calculations
- **N** Changes ordered
- **N** Factual Witnesses
- **Y** Statement by Counsel
- **Y** Statement by Defendant
- **Y** Appeal rights of defendant explained / (waived)

Facility requested/recommended: —

Defendant remanded: —

Voluntary surrender: —

Departure from guidelines: **(variance only)**

Custody: **—** months

Supervised Release: **—** years

**Y** Standard and Special Conditions of Release to be explained by USPO and a written copy to be provided to defendant

Probation **5 yrs.**

Fine $ **-0-**

Restitution $ **24,321** jointly & severally w/ codefts A Willingham & K Barton

Special Assessment $ **100**

Community Service: **80** hours within **18** months of ~~release~~ supervision

Dismiss Count(s) **60, 70, 74, 76, 79, 89, 101, 105, 107, 111, 114, 130, 134, 136, 140, 145**

Plea agreement accepted **Y**

Upward _____   Downward _____